**1118**

## Sam J. DAWSON, alias J. H. Lewis, Appellant, v. STATE of Texas, Appellee. (No. 12705.)

Court of Criminal Appeals of Texas. May 29, 1929.

B. Kucera, of Lubbock, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for swindling; punishment, two years in the penitentiary.

We find in the record an affidavit by appellant in due form asking that he be permitted to withdraw his appeal.

The request is granted, and the appeal is dismissed.

## Jack INGRAM, Appellant, v. STATE of Texas, Appellee. (No. 12649.)

Court of Criminal Appeals of Texas. May 15, 1929.

J. Lee Cearley, of Cisco, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, theft of property of the value of over $50; penalty, two years in the penitentiary.

The record is before us without any statement of facts or bill of exception.

The record presents nothing for review, and the judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## W. A. KNOX, Appellant, v. STATE of Texas, Appellee. (No. 12666.)

Court of Criminal Appeals of Texas. May 22, 1929.

Chaney & Parmeter, of Dallas, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, robbery; penalty, 25 years in the penitentiary.

No bill of exception or statement of facts appear in the record, and an examination of same discloses no question presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Herman MANNING, Appellant, v. STATE of Texas, Appellee. (No. 12616.)

Court of Criminal Appeals of Texas. May 29, 1929.

Appeal from District Court, Harrison County; Reuben A. Hall, Judge.

A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for swindling; punishment, two years in the penitentiary.

The record is before this court without any statement of facts or bills of exception. The indictment appears to be sufficient, and is followed by the charge of the court, the verdict of the jury, and the judgment and sentence.

No error appearing, the judgment will be affirmed.

## Nettie RADFORD, Appellant, v. STATE of Texas, Appellee. (No. 12637.)

Court of Criminal Appeals of Texas. May 29, 1929.

Ross Huffmaster, of Kaufman, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is murder; punishment fixed at confinement in the penitentiary for a period of two years.

Upon the written request of the appellant, duly verified by her affidavit, the appeal is ordered dismissed.